# UNITED STATES DISTRICT COURT
## for the
Southern District of New York

| | |
|---|---|
| ZIM AMERICAN INTEGRATED, ETC. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 14 Civ. 7571 |
| 5K LOGISTICS, INC. ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __2/6/15__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: March 25, 2015

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

2-751272
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES COMPANY, LLC
                      Plaintiff

- against -

5K LOGISTICS, INC.

                    Defendant.
----------------------------------------X

14 Civ. 7571 (AJN)

JUDGMENT

       This action having been commenced by the filing of a Summons and Complaint, and the parties having entered into a Stipulation and Order of Settlement calling for, inter alia, monthly payments by defendant, and defendant having failed to make the payment due on December 15, 2014, and notice of default pursuant to the terms of the Stipulation and Order of Settlement having been sent on December 16, 2014, and defendant having failed to cure the default within the 5 business days called for by the Stipulation and Order of Settlement.

       NOW, upon application of the Law Offices of Albert J. Avallone & Associates, attorneys for plaintiff, it is

       ORDERED, ADJUDGED AND DECREED that plaintiff ZIM AMERICAN INTERGRATED SHIPPING COMPANY, LLC. have judgment against defendant 5K LOGISTICS, INC. in the liquidated amount of $2,540.00, together with costs and disbursements in the amount of $400.00, amounting in all to $2,940.00, and that plaintiff may immediately proceed to execution thereon.

Dated: New York, New York
       ~~January~~ Feb 6, 2015

                                   _____
                                   U.S.D.J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 06 2015

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____